**Order entered November 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00792-CV

**ETX SUCCESSOR TYLER F/K/A EAST TEXAS MEDICAL CENTER
A/K/A EAST TEXAS MEDICAL CENTER, Appellant**

**V.**

**THE ESTATE OF THERESA FREEMAN BY AND THROUGH RADONDA ELLIS AS
INDEPENDENT EXECUTOR AND LEWIS EDMOND CREED, JR., Appellees**

**On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 99320-422**

## ORDER

Before the Court is appellant's November 5, 2018 unopposed motion for an extension of time to file its cross-appellee's/reply brief. We **GRANT** the motion and extend the time to **December 21, 2018**.

/s/    ADA BROWN
        JUSTICE